# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

KELVIIN R. LOVETT, : Case No. 1:11-cv-277
:
    Plaintiff, : Judge Timothy S. Black
vs. :
:
OFFICER STEVEN COLE, *et al.*, :
    Defendants. :

_____

### JUDGMENT IN A CIVIL CASE
_____

    **[ x ]**   **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[ ]**   **Decision by Court:**

    **IT IS ORDERED AND ADJUDGED**: Jury verdict finds in favor of Defendants; and this case is **CLOSED** on the docket of this Court.

Date: November 20, 2014                                    **JOHN P. HEHMAN, CLERK**

                                                                           By: *s/ M. Rogers*
                                                                           Deputy Clerk